■ New York City Coalition To End Lead Poisoning et al., Respondents, v Edward Koch, Individually and as Mayor of the City of New York, et al., Appellants, et al., Defendants. —Order, Supreme Court, New York County (Elliott Wilk, J.), entered on February 23, 1987, unanimously affirmed for the reasons stated by Elliott Wilk, J., without costs and without disbursements. Concur—Kupferman, J. P., Kassal, Rosenberger and Ellerin, JJ. *[See,* 138 Misc 2d 188.]

■ In the Matter of Richard M. Tilker, for Reinstatement. —Petition denied without prejudice to renewal two years after the date of this court's order entered on October 16, 1986, denying petitioner's more recent petition for reinstatement *(see,* Rules of App Div, 1st Dept § 603.14 [j] [22 NYCRR]). Concur—Murphy, P. J., Sandler, Sullivan, Kassal and Ellerin, JJ.

■ The People of the State of New York v Carter Avery. —Motion for summary reversal (1) granted only to the extent of granting summary reversal and ordering a new trial *(see, People v Owens,* 69 NY2d 585 [1987]), and (2) denied as moot wherein bail is sought. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.